ARTHUR HARDONCOURT, Appellant, v. IRENE J. HARDONCOURT (Also Known as IRENE J. ROBERTS), Respondent, and JOAN HARDONCOURT (Also Known as JOAN ROBERTS), an Infant over the Age of Fourteen Years, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of

Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.